Entered on Docket November 21, 2024

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| GARY ROSENTHAL, | No. 24-12397-CMA |
| Debtor. | ORDER DENYING CONFIRMATION |

THIS MATTER came before the Court on the Chapter 13 Trustee's Objection to Confirmation (ECF No. 23). Based on the agreement of the parties, it is

ORDERED that:

1)   Confirmation of the debtor's plan (ECF No. 11) is denied;

2)   By December 10, 2024, the debtor shall file, note and properly serve a feasible amended plan. The debtor shall set the amended plan for hearing on the Court's January 9, 2025 calendar; and

///

///

///

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

3) This order is without prejudice to the Trustee's Motion to Dismiss Case (ECF No. 22), which may be heard on the Court's January 9, 2025 calendar.

/ / /End of Order/ / /

Presented by:

*/s/ Emily A. Jarvis*, WSBA #41841 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Approved:

/s/ Christina L. Henry       [approved by email]
Christina L. Henry, WSBA #31273
Seattle Consumer Justice, P.S.
Attorney for debtor

ORDER DENYING CONFIRMATION - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282