Honorable Judge Christopher M. Alston
Chapter 13
Location: Seattle
Hearing Date: January 23, 2025
Hearing Time: 9:30 a.m.
Response Due: January 16, 2025

IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>GARY ROSENTHAL,<br><br>Debtor. | Chapter 13<br><br>Case No. 24-12397-CMA<br><br>**NOTICE OF HEARING** |

TO: Clerk of the Bankruptcy Court;
TO: Debtor above-named; and,
TO: U.S. Trustee and the Chapter 13 Trustee

PLEASE TAKE NOTICE that Buda Hill, LLC ("Movant"), by and through his attorneys of record, Schweet Linde & Rosenblum, PLLC, has filed a Motion for Relief from Stay (the "Motion"). The Motion seeks an order to granting relief from stay as to property commonly known as 20228 23rd Place NW, Shoreline, WA and a request to waive the 14-day stay. The Motion is set for hearing as follows:

| | |
|---|---|
| Judge: Honorable Christopher M. Alston | Time: 9:30 am |
| Place of Hearing: Courtroom 7206<br>700 Stewart Street<br>Seattle, WA 98101 | Date: January 23, 2025 |

IF YOU OPPOSE the Motion, then you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE



*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

RESPONSE DATE, which is **January 16, 2025**, as indicated above. If you file a response, then you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

DATED: December 27, 2024

SCHWEET LINDE & ROSENBLUM, PLLC

*/s/John A. McIntosh*
John A. McIntosh, WSBA #43113
Attorneys for Movant



***SCHWEET LINDE & ROSENBLUM, PLLC***
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101