IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>GARY ROSENTHAL,<br>Debtor(s). | Chapter 13<br><br>Case No. 24-12397-CMA<br><br>**ORDER GRANTING RELIEF FROM STAY** |

This matter came before the Court upon Buda Hill, LLC's ("Buda Hill") Motion for Relief from Stay (the "Motion") pursuant to Bankruptcy Code § 362(d)(1) and (d)(2) as to property commonly known as 20228 23rd Place NW, Shoreline, WA (the "Property"). The Court considered the Motion and hereby finds that Buda Hill is entitled to relief requested in the Motion. THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that:

1. Buda Hill is granted relief from the automatic stay under § 362(d)(1) and (d)(2) as to the Property;



*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

2. Buda Hill may proceed with its state law remedies, including recording the Trustee's Deed and seeking possession of the Property;

3. The 14-day stay in FRBP 4001(a)(3) is hereby waived; and,

4. This Order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted.

//END OF ORDER//

Presented By:
Schweet Linde & Rosenblum, PLLC

*/s/John A. McIntosh*____________

John A. McIntosh, WSBA #43113
575 S. Michigan Street
Seattle, WA 98108
(206) 381-0118
johnm@schweetlaw.com
Attorneys for Buda Hill, LLC