Judge Mary Jo Heston
Chapter 13
Location: Seattle
Hearing Date: January 23, 2025
Hearing Time: 9:30 a.m.
Response Due: January 16, 2025

IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>GARY ROSENTHAL,<br><br>Debtor. | Chapter 13<br><br>Case No. 24-12397-CMA<br><br>**PROOF OF SERVICE** |

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. That on December 27, 2024, I caused to be mailed through United States Postal Service First Class Mail, a true and correct copy of the: (1) Notice of Hearing, (2) Motion for Relief from Stay; (3) Declaration of Lei Tang; (4) Declaration of Robert W. McDonald in Support of Motion for Relief from Stay (5) Proposed Order; and this (6) Proof of Service addressed to the following:

| | |
|---|---|
| Debtor:<br>Gary Rosenthal<br>20228 23rd Pl NW<br>Shoreline, WA 98177-2327 | |



*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

2. That on December 27, 2024, the above-referenced documents were filed electronically through the CM/ECF system which caused the Registered Participants in this proceeding to be served by electronic means with the documents as fully reflected on the Notice of Electronic Filing for each document, the Chapter 13 Panel Trustee, the United States Trustee, and any party having requested notice.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

Signed at Seattle, Washington, on December 27, 2024.

*/s/ Travis Escame*
Travis Escame
Paralegal



*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101