The Honorable Christopher M. Alston
Chapter 13
Hearing Date: January 23, 2025
Hearing Time: 9:30 AM
Hearing Location: Courtroom 7206
Response Due: January 16, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Gary Rosenthal

Debtors.

Case No. 24-12397 - CMA

Chapter: 13

**SUPPLEMENTAL DECLARATION OF GARY ROSENTHAL IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Gary Rosenthal, declare as follows:

1. I have personal knowledge of the facts stated in this declaration, and I am competent and willing to testify to the truth theory if called upon to do so.

2. In the last couple of weeks, I became aware of an additional annuity that I inherited from my mother in the amount of $29,446.97 that was with New York Life Insurance and Annuity Corporation. Yesterday I received the check, and I have attached a copy hereto as Exhibit A.

3. I also received $12,000 from a prior annuity lump sum inheritance from Lincoln Benefit Life Company that was disclosed on my original Schedule B bankruptcy schedules.

4. Once my bank releases the hold on the funds, which I was told would happen on January 24, 2025 or possibly sooner, I will have the $34,126.04 (without the chapter 13 plan

SUPPLEMENTAL DECLARATION OF GARY ROSENTHAL - 1

payments already paid) that I believe is needed to pay adequate protection to Buda Hill, LLC if the court directs that remedy.

5. Also, as an update, the appraiser has been to my house to complete an appraisal and I am in phase 2 of the loan application process which I expect to be completed prior to the hearing date on January 23, 2025.

This declaration is made under penalty of perjury under the laws of the State of Washington this 15th of January 2025.

Executed at Shoreline, WA.

_____
Gary Rosenthal

SUPPLEMENTAL DECLARATION OF GARY ROSENTHAL - 2

payments already paid) that I believe is needed to pay adequate protection to Buda Hill, LLC if the court directs that remedy.

5. Also, as an update, the appraiser has been to my house to complete an appraisal and I am in phase 2 of the loan application process which I expect to be completed prior to the hearing date on January 23, 2025.

This declaration is made under penalty of perjury under the laws of the State of Washington this 15th of January 2025.

Executed at Shoreline, WA.

*Gary Rosenthal*
Gary Rosenthal

SUPPLEMENTAL DECLARATION OF GARY ROSENTHAL - 2

# EXHIBIT A

# Supplemental Declaration of Gary Rosenthal ISO RFS Resp

Final Audit Report  2025-01-15

| | |
|---|---|
| Created: | 2025-01-15 |
| By: | Christina Henry (mainline@hdm-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhXtsZ2564A0Ndr3FRH0INtC7x10qp7Pg |

## "Supplemental Declaration of Gary Rosenthal ISO RFS Resp" History

- Document created by Christina Henry (mainline@hdm-legal.com)
  2025-01-15 - 10:58:56 PM GMT

- Document emailed to Gary Rosenthal (newtonstein@protonmail.com) for signature
  2025-01-15 - 10:59:00 PM GMT

- Email viewed by Gary Rosenthal (newtonstein@protonmail.com)
  2025-01-15 - 11:01:46 PM GMT

- Document e-signed by Gary Rosenthal (newtonstein@protonmail.com)
  Signature Date: 2025-01-15 - 11:02:16 PM GMT - Time Source: server

- Agreement completed.
  2025-01-15 - 11:02:16 PM GMT

**Adobe Acrobat Sign**



NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION
BOX 6916
CLEVELAND OH 44101-6916

EXPLANATION OF BENEFITS
PLEASE DETACH AND SAVE FOR YOUR RECORD
0780    CHECK NO: 0011553457

JANUARY 07, 2025

PAYEE: GARY S ROSENTHAL
OWNER: ETHEL ROSENTHAL
ANNUITANT: MR SEYMOUR J ROSENTHAL
POLICY NUMBER:

>000003 6908792 000  001
GARY S ROSENTHAL
20228 23RD PLACE NW
SHORELINE, WA  98177

TRANSACTION:
   DEATH CLAIM PAYMENT

PLEASE FIND YOUR ENCLOSED CHECK. DETAILS ARE AS FOLLOWS:

```
TOTAL DEATH BENEFIT AS OF 10/05/2023:              $85,654.78
PORTION PAYABLE TO BENEFICIARY:                    $28,608.69
MISC INT EARNED 10/06/23 - 12/31/23 AT 1.500%         $102.29
MISC INT EARNED 01/01/24 - 12/31/24 AT 2.500%         $717.18
MISC INT EARNED 01/01/25 - 01/08/25 AT 3.000%          $18.81

FEDERAL TAX WITHHELD:                                   $0.00
STATE TAX WITHHELD:                                     $0.00

AMOUNT OF CHECK:                                   $29,446.97
```

$29,446.97 IS TAXABLE TO THE PAYEE

NOTE - DO NOT USE CHECK AS A MEANS OF CHANGING YOUR ADDRESS.

BE SURE TO LET US KNOW IF WE CAN BE OF FURTHER ASSISTANCE TO YOU.

ANNUITY SERVICE MANAGER

---



0710CSFI (8/20)

NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION
BOX 6916
CLEVELAND OH 44101-6916

CHECK NO: 0011553457
REFERENCE NUMBER: 74910097
JANUARY 07, 2025

FPR
V44

50-93
213

**PAY THIS AMOUNT**   TWENTY-NINE THOUSAND FOUR HUNDRED FORTY-SIX & 97/100 DOLLARS            $29446.97

**PAY TO THE ORDER OF**
GARY S ROSENTHAL
20228 23RD PLACE NW
SHORELINE, WA  98177-2327

JPMorgan Chase Bank, N.A.
Syracuse, NY



TREASURER




Case 24-12397-CMA    Doc 50    Filed 01/15/25    Ent. 01/15/25 16:34:47    Pg. 6 of 7



# Notice Of Hold

Customer Name: GARY ROSENTHAL
Account Number: XXXX-XXXX-9242
Date of Transaction: 01/14/2025
Date of Notice: 1/14/2025
Amount of Deposit: $29,446.97
Cashed Check Amount:

We are delaying the availability of $29,221.97. These funds will be available as follows:

$5,300.00 will be available on 01/16/2025
$23,921.97 will be available on 01/24/2025

These funds are being held due to:
Deposited Check > $5525

Notice given at time of transaction? ☑ Yes ☐ No

*If you did not receive a notice at the time of your transaction and the check(s) subject to this hold is paid, we will refund to you any fees for overdrafts or returned checks that result solely from the additional delay that we are imposing. To obtain a refund of such fees, please contact your branch or account officer.*

Prepared By: Smith, Sarah J
Phone: (425) 776-2167
Branch Number: 3323

*Customer Copy*

Page 1 of 1

NHOLDCC 05/2019

U.S. Bank
Customer Confidential

Case 24-12397-CMA    Doc 50    Filed 01/15/25    Ent. 01/15/25 16:34:47    Pg. 7 of 7