| | |
|---|---|
| | The Honorable Christopher M. Alston |
| | Chapter 13 |
| | Hearing Date: January 23, 2025 |
| | Hearing Time: 9:30 AM |
| | Hearing Location: Courtroom 7206 |
| | Response Due: January 16, 2025 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Gary Rosenthal<br><br>Debtors. | Case No. 24-12397 - CMA<br><br>Chapter: 13<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |

TO THE ABOVE ENTITLED COURT"

The Debtor Gary Rosenthal, under the provisions of Federal Rule of Evidence 201, requests that the court take judicial notice of

    1.    The Washington State Engrossed Substitute House Bill 2614 from the 62nd Legislature in 2012 that was enacted into law and took effect on June 7, 2012, a copy of which is attached as **Exhibit A**.

    2.    The Washington State House Bill 1349 from the 68th Legislature in 2023 that was enacted into law and took effect on July 23, 2023, a copy of which is attached a **Exhibit B.**

Respectfully Submitted,

Date: January 15, 2015

/s/ Christina L. Henry
Christina L Henry, WSBA 31273
SEATTLE CONSUMER JUSTICE, P.S.
Counsel for Plaintiffs
10728 16th Ave SW
Seattle, WA 98146
Tel# 206-330-0595
chenry@hdm-legal.com