Below is the Order of the Court.

*[signature]*

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>GARY ROSENTHAL,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 24-12397-CMA<br><br>**ORDER GRANTING RELIEF FROM STAY** |

This matter came before the Court upon Buda Hill, LLC's ("Buda Hill") Motion for Relief from Stay (the "Motion") pursuant to Bankruptcy Code § 362(d)(1) and (d)(2) as to property commonly known as 20228 23rd Place NW, Shoreline, WA (the "Property"). The Court held a hearing on January 23, 2025 and stated into the record findings of fact and conclusions of law, which are hereby incorporated by reference. Accordingly, it is hereby ORDERED that:

1. Buda Hill is granted relief from the automatic stay under § 362(d)(1) as to the Property;

ORDER GRANTING RELIEF FROM STAY - 1

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010  F (206) 381-0101

Case 24-12397-CMA    Doc 58    Filed 01/27/25    Ent. 01/27/25 11:33:39    Pg. 1 of 2

2. Buda Hill may proceed with its state law remedies, including recording the Trustee's Deed and taking any other actions; and,

3. Buda Hill's request to waive the 14-day stay in FRBP 4001(a)(3) is hereby DENIED.

//END OF ORDER//

Presented By:
Schweet Linde & Rosenblum, PLLC

*/s/John A. McIntosh*
John A. McIntosh, WSBA #43113
575 S. Michigan Street
Seattle, WA 98108
(206) 381-0118
johnm@schweetlaw.com
Attorneys for Buda Hill, LLC


Approved as to form by:

*/s/Christina L. Henry[1]*
Christina L. Henry, WSBA #31273
Attorney for Debtors
(206) 330-0595
chenry@seacj.com

---

[1] Per email authorization on January 24, 2025

ORDER GRANTING RELIEF FROM STAY - 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010  F (206) 381-0101