# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| IN RE: | CASE NO: 24-12397 |
|---|---|
| GARY ROSENTHAL | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 60 |

On 1/31/2025, I did cause a copy of the following documents, described below,

Amended Schedule D with Summary of Debts and Declaration of Schedules ECF Docket Reference No. 60

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/31/2025

/s/ Christina L Henry
Christina L Henry

Devlin Law Firm LLC
6100 219th St SW, Ste 480, PMB 398
Mountlake Terrace, WA  98043-2222
206 330 0595
chenry@devlinlawfirm.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| IN RE: | CASE NO: 24-12397 |
|---|---|
| GARY ROSENTHAL | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 <br> ECF Docket Reference No. 60 |

On 1/31/2025, a copy of the following documents, described below,

Amended Schedule D with Summary of Debts and Declaration of Schedules ECF Docket Reference No. 60

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/31/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christina L Henry
Devlin Law Firm LLC
6100 219th St SW, Ste 480, PMB 398
Mountlake Terrace, WA  98043-2222

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-12397<br>WESTERN DISTRICT OF WASHINGTON<br>FRI JAN 31 10-38-56 PST 2025 | ~~(U)BUDA HILL  LLC~~ | ~~(U)COURTESY NEF~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~700 STEWART ST  ROOM 6301~~<br>~~SEATTLE  WA 98101-4441~~ | BUDA HILL LLC<br>3232 113TH AVE SE<br>BELLEVUE  WA 98004-7520 | CITY OF SHORELINE WASTEWATER UTILITY<br>17500 MIDVALE AVENUE N<br>SHORELINE  WA 98133-4905 |
| EASTSIDE FUNDING  LLC<br>3927 LAKE WASHINGTON BLVD NE<br>KIRKLAND  WA 98033-7812 | EVAN LEE LOEFFLER<br>WILLIAMS KASTNER<br>601 UNION ST  STE 4100<br>SEATTLE  WA 98101-2380 | DEBTOR<br>GARY ROSENTHAL<br>20228 23RD PL NW<br>SHORELINE  WA 98177-2327 |
| INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JP MORGAN CHASE BANK<br>MAILCODE LA47100 700 KANSAS LANE<br>MONROE  LA 71203 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO NATIONAL BANKRUPTCY SERVICES  LLC<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 |
| NEWREZ  LLC<br>601 OFFICE CENTER DR<br>STE 100<br>FT WASHINGTON  PA 19034-3275 | QUALITY LOAN SERVICE CORP OF WA<br>CO ROBERT MCDONALD<br>108 1ST AVE S<br>SEATTLE  WA 98104-2538 | SEATTLE CONSUMER JUSTICE  PS<br>SEATTLE CONSUMER JUSTICE  PS<br>10728 16TH AVE SW<br>SEATTLE  WA 98146-2001 |
| SHELLPOINT MORTGAGE SERVICING<br>ATTN BANKRUPTCY<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 | SHELLPOINT MORTGAGE SERVICING<br>PO BOX 619063<br>DALLAS  TX 75261-9063 | SPECIALIZED LOAN SERVICING LLC<br>ATTN BANKRUPTCY<br>PO BOX 630147<br>LITTLETON  CO 80163-0147 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~700 STEWART ST STE 5103~~<br>~~SEATTLE  WA 98101-4438~~ | CHRISTINA L HENRY<br>DEVLIN LAW FIRM LLC<br>6100 219TH ST SW STE 480<br>PMB 398<br>MOUNTLAKE TERRACE  WA 98043-2222 | ~~EXCLUDE~~<br>~~(D)GARY ROSENTHAL~~<br>~~20228 23RD PL NW~~<br>~~SHORELINE  WA 98177-2327~~ |
| (P)JASON WILSON AGUILAR<br>600 UNIVERSITY ST STE 1300<br>SEATTLE WA 98101-4102 | | |