UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>GARY ROSENTHAL | CASE NO: 24-12397<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 76-1 |

On 2/10/2025, I did cause a copy of the following documents, described below,

Notice of Hearing ECF Docket Reference No. 76-1

Motion to Employ Special Counsel 76

Declaration of Christina L Henry 77

Exhibit A to Declaration of Christina L Henry 77-1

Proposed Order 76-2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/10/2025

/s/ Christina L Henry
Christina L Henry  31273
Attorney at Law
Devlin Law Firm LLC
6100 219th St SW, Ste 480, PMB 398
Mountlake Terrace, WA  98043-2222
206 330 0595
chenry@devlinlawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>GARY ROSENTHAL | CASE NO: 24-12397<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 76-1 |

On 2/10/2025, a copy of the following documents, described below,

Notice of Hearing ECF Docket Reference No. 76-1

Motion to Employ Special Counsel 76

Declaration of Christina L Henry 77

Exhibit A to Declaration of Christina L Henry 77-1

Proposed Order 76-2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christina L Henry
Devlin Law Firm LLC
6100 219th St SW, Ste 480, PMB 398
Mountlake Terrace, WA 98043-2222

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-12397<br>WESTERN DISTRICT OF WASHINGTON<br>FRI FEB 7 13-27-17 PST 2025 | ~~(U)BUDA HILL LLC~~ | ~~(U)COURTESY NEF~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~700 STEWART ST ROOM 6301~~<br>~~SEATTLE WA 98101-4441~~ | BUDA HILL LLC<br>3232 113TH AVE SE<br>BELLEVUE WA 98004-7520 | CITY OF SHORELINE WASTEWATER UTILITY<br>17500 MIDVALE AVENUE N<br>SHORELINE WA 98133-4905 |
| EASTSIDE FUNDING LLC<br>3927 LAKE WASHINGTON BLVD NE<br>KIRKLAND WA 98033-7812 | EVAN LEE LOEFFLER<br>WILLIAMS KASTNER<br>601 UNION ST STE 4100<br>SEATTLE WA 98101-2380 | DEBTOR<br>GARY ROSENTHAL<br>20228 23RD PL NW<br>SHORELINE WA 98177-2327 |
| INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JP MORGAN CHASE BANK<br>MAILCODE LA47100 700 KANSAS LANE<br>MONROE LA 71203 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| NEWREZ LLC<br>601 OFFICE CENTER DR<br>STE 100<br>FT WASHINGTON PA 19034-3275 | QUALITY LOAN SERVICE CORP OF WA<br>CO ROBERT MCDONALD<br>108 1ST AVE S<br>SEATTLE WA 98104-2538 | SEATTLE CONSUMER JUSTICE PS<br>SEATTLE CONSUMER JUSTICE PS<br>10728 16TH AVE SW<br>SEATTLE WA 98146-2001 |
| SHELLPOINT MORTGAGE SERVICING<br>ATTN BANKRUPTCY<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | SHELLPOINT MORTGAGE SERVICING<br>PO BOX 619063<br>DALLAS TX 75261-9063 | SPECIALIZED LOAN SERVICING LLC<br>ATTN BANKRUPTCY<br>PO BOX 630147<br>LITTLETON CO 80163-0147 |
| UNITED STATES TRUSTEE<br>700 STEWART ST STE 5103<br>SEATTLE WA 98101-4438 | CHRISTINA L HENRY<br>DEVLIN LAW FIRM LLC<br>6100 219TH ST SW STE 480<br>PMB 398<br>MOUNTLAKE TERRACE WA 98043-2222 | ~~EXCLUDE~~<br>~~(D)GARY ROSENTHAL~~<br>~~20228 23RD PL NW~~<br>~~SHORELINE WA 98177-2327~~ |
| (P)JASON WILSON AGUILAR<br>600 UNIVERSITY ST STE 1300<br>SEATTLE WA 98101-4102 | | |

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

7332326845

(Trustee)
Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101
represented by:
Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101

courtmail@seattlech13.com

(US Trustee)
United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

USTPRegion18.SE.ECF@usdoj.gov

(Debtor)
Gary Rosenthal
20228 23rd Pl NW
Shoreline, WA 98177-2327
represented by:
Christina L Henry
Devlin Law Firm LLC
PMB 398
Mountlake Terrace, WA 98043-2222

chenry@devlinlawfirm.com

Michael M Sperry
Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108

michaels@schweetlaw.com

Lance E Olsen
McCarthy & Holthus, LLP
108 First Avenue South, Suite 300
Suite 400
Seattle, WA 98104

bknotice@mccarthyholthus.com

(Interested Party)
represented by:
John Anthony McIntosh
Schweet Linde Rosenblum, PLLC
575 S Michigan ST
Seattle, WA 98108

johnm@schweetlaw.com

Michael M Sperry
Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108

michaels@schweetlaw.com

(Creditor)
Buda Hill, LLC
represented by:
John Anthony McIntosh
Schweet Linde Rosenblum, PLLC
575 S Michigan ST
Seattle, WA 98108

johnm@schweetlaw.com