Entered on Docket March 3, 2025

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br>Gary Rosenthal,<br>　　　　　Debtor. | Case No. 24-12397 – CMA<br><br>Chapter: 13<br><br>ORDER AUTHORIZING NUNC PRO TUNC EMPLOYMENT AS SPECIAL COUNSEL TO LITIGATE ESTATE CLAIMS AND FOR POTENTIAL APPEAL |

THIS MATTER came before the Court on the Motion for Order Authorizing Employment of Special Counsel filed by the Debtor, Gary Rosenthal. The Court, having reviewed the Motion, the Declaration of Christina L. Henry in support thereof, and the records and files in this case, and finding that the employment of special counsel is necessary and appropriate, now, therefore, it is hereby ORDERED that:

1. The Debtor's Motion is GRANTED.

2. The Debtor is authorized to employ Christina L. Henry and Devlin Law Firm LLC (the "Firm") as special counsel nunc pro tunc, effective January 23, 2025, to provide

1

ORDER AUTHORIZING
EMPLOYMENT AS SPECIAL COUNSEL
TO LITIGATE ESTATE CLAIMS AND FOR
POTENTIAL APPEAL

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Case 24-12397-CMA    Doc 90    Filed 03/03/25    Ent. 03/03/25 11:35:45    Pg. 1 of 3

legal services related to the investigation, commencement, and prosecution of estate claims pursuant to 11 U.S.C. § 327(a) and for a potential appeal.

3. Compensation for services rendered and reimbursement for expenses incurred by the Firm shall be subject to further approval of this Court in accordance with 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016.

4. The Firm's compensation structure is pre-approved under 11 U.S.C. § 328(a) and shall be deemed reasonable unless later found to be improvident in hindsight. Alternatively, if the Court determines that § 330 applies, all compensation shall remain subject to reasonableness review.

5. The Firm shall maintain accurate records of all billable time and expenses incurred in representing the Debtor.

6. The Firm's fee agreement, attached as **Exhibit A** to the Declaration of Christina L. Henry, is acknowledged. However, all compensation and reimbursement of expenses shall remain subject to further Court approval in accordance with 11 U.S.C. §§ 328(a) or 330, as applicable, and Fed. R. Bankr. P. 2016.

7. The Court retains jurisdiction to resolve any disputes arising from this Order, including but not limited to issues regarding the employment, compensation, and reimbursement of the Firm, as well as any disputes relating to the prosecution of estate claims pursuant to derivative standing.

/ / / End of Order / / /

2

ORDER AUTHORIZING
EMPLOYMENT AS SPECIAL COUNSEL
TO LITIGATE ESTATE CLAIMS AND FOR
POTENTIAL APPEAL

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Case 24-12397-CMA    Doc 90    Filed 03/03/25    Ent. 03/03/25 11:35:45    Pg. 2 of 3

Presented by:

DEVLIN LAW FIRM LLC

By: /s/ Christina L Henry
   Christina L Henry, WSBA #31273
   6100 219th St SW, Ste 480
   PMB 398
   Seattle, WA 98043-2222
   chenry@devlinlawfirm.com
   Tel# 206-319-0077

3

ORDER AUTHORIZING
EMPLOYMENT AS SPECIAL COUNSEL
TO LITIGATE ESTATE CLAIMS AND FOR
POTENTIAL APPEAL

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Case 24-12397-CMA    Doc 90    Filed 03/03/25    Ent. 03/03/25 11:35:45    Pg. 3 of 3