United States Bankruptcy Court
Western District of Washington at Seattle

In RE:
Gary Rosenthal
20228 23Rd Pl Nw
Shoreline,Wa 98177-2327

Chapter 13 Case # 24-12397

Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
March 28, 2025

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

Jason Wilson-Aguilar
Chapter 13 Trustee

Chapter 13 Case No. 24-12397

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Buda Hill Llc<br>3232 113Th Ave Se<br>Bellevue, WA 98004-7520 | $0.00<br>Clm#: 1<br>Level: 98 | Y - Notice Only<br>Comm:<br>Acct # |
| City Of Shoreline Wastewater Utility<br>17500 Midvale Avenue N<br>Shoreline, WA 00000 | $0.00<br>Clm#: 2<br>Level: 98 | Y - Notice Only<br>Comm:<br>Acct # |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle, WA 98101 | $0.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br>Comm:<br>Acct # |
| Evan Lee Loeffler<br>Williams Kastner<br>601 Union St, Ste 4100<br>Seattle, WA 98101-2380 | $0.00<br>Clm#: 4<br>Level: 98 | Y - Notice Only<br>Comm:<br>Acct # |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 5<br>Level: 98<br>Corr Only | Y - Notice Only<br>Comm:<br>Acct # |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 11<br>Level: 32<br>Pmts Go To | M - Irs<br>Comm: I21~23/REVISED TO ZERO<br>Acct # x5808 |

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $13,850.73<br>Clm#: 12<br>Level: 40<br>Pmts Go To | U - Unsecured<br><br>Comm: I13,20/Penalty<br>Acct # x5808 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 13<br>Level: 40<br>Pmts Go To | Unassessed Nonpriority Irs<br><br>Comm: I18~19<br>Acct # x5808 |
| Jpmorgan Chase Bank Na<br>Po Box 15368<br>Wilmington, DE 19850 | $9,252.38<br>Clm#: 6<br>Level: 40 | U - Unsecured<br><br>Comm:<br>Acct # 3349 |
| Quality Loan Service Corp Of Wa<br>C/O Robert Mcdonald<br>108 1St Ave S<br>Seattle, WA 98104-2538 | $0.00<br>Clm#: 7<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # |
| Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603 | $0.00<br>Clm#: 9<br>Level: 98 | B - Current 1St Mortgage         Y<br><br>Comm: 20228 23rd Pl NW/DLQ $45102.72<br>Acct # 4344 |
| **Total Claimed Amount:** | **$23,103.11** | |

To Debtor(s):

This is a report of the proof of claims creditors have filed in your case. The amounts of the claims are the original amounts, so they do not reflect any payments made and may not reflect the current balances. This is not an audit and does not include the Trustee's administrative fee, but it does include any attorney fees to be paid through your Chapter 13 plan.

The claim numbers above are assigned by this office for administrative purposes but are not the official claim numbers. For the official claim numbers, please refer to the claim numbers assigned by the U.S. Bankruptcy Court displayed on CM/ECF.

**Please review this report carefully. If you dispute any amounts claimed by your creditors, you must contact your attorney.** We have also provided a copy of this report to your attorney.

The Trustee distributes your plan payments based on your Chapter 13 plan. Therefore, disputed claims and untimely claims may receive disbursements unless you properly file a written objection with the U.S. Bankruptcy Court and the Court disallows the claim. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); *In re Smith*, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). *See also Lane v. The Bank of New York Mellon et al. (In re Lane)*, 959 F.3d 1226, 1230 (9th Cir. 2020). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. *Smith*, 2010 WL 5018379, at *3.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankr. R. 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankr. R. 9013-1(d)(2)(C). *See also* Fed. R. Bankr. P. 3007.

Please contact your attorney immediately if you have questions or concerns.

March 28, 2025

| | |
|---|---|
| CC: Christina Henry<br>Devlin Law Firm Llc<br>6100 219Th St Sw Suite 480<br>Pmb 398<br>Mountlake Terrace,WA<br>98043-2222 | Jason Wilson-Aguilar, Trustee<br>Chapter 13 Trustee<br>600 University St. #1300<br>Seattle,WA 98101<br>www.seattlech13.com<br>Phone: (206) 624-5124<br>Fax:(206) 624-5282 |